## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | **JUDGMENT IN A CRIMINAL CASE** |
| v. | CR-22-01461-001-TUC-RM (LAB) |
| Carlos Castro-Quintana | Patrick Manuel Doyle (CJA) |
| | Attorney for Defendant |

USM#: 05973-510     ICE# A075-526-583

**THE DEFENDANT ENTERED A PLEA OF** guilty on August 17, 2022, to the Indictment.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THE DEFENDANT GUILTY OF THE FOLLOWING OFFENSE:** violating 8 U.S.C. § 1326(a): Reentry of Removed Alien with sentencing enhancement pursuant to 8 U.S.C. § 1326(b)(1), a Class C Felony offense, as charged in the Indictment.

**IT IS THE JUDGMENT OF THE COURT** the defendant is committed to the custody of the Bureau of Prisons for a term of **TIME SERVED**. The Court finds Supervised Release is not required by statute, and the defendant is a deportable alien who likely will be deported after imprisonment. Therefore, pursuant to USSG § 5D1.1, no term of Supervised Release is imposed in this case.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED     **FINE:** WAIVED     **RESTITUTION:** N/A

On motion of the government, the special assessment is REMITTED.

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

**THE DEFENDANT IS ADVISED OF THE RIGHT TO APPEAL BY FILING A NOTICE OF APPEAL IN WRITING WITHIN 14 DAYS OF ENTRY OF JUDGMENT.**

The Court **ORDERS** commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence: **November 17, 2022**

Dated this 17th day of November, 2022.

_____
Honorable Rosemary Márquez
United States District Judge

CR-22-01461-001-TUC-RM (LAB)                                                                 Page 2 of 2
USA vs. Carlos Castro-Quintana

**RETURN**

I have executed this Judgment as follows:

defendant delivered on _____ to _____ at _____ , the institution designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

United States Marshal                                          By:      Deputy Marshal